CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 21 2010

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 5:08-cr-00005-7 |
| | ) | (Civil Action No. 5:10-cv-80221) |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| EFRAIN SANCHEZ APARICIO, | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that

1. the Report and Recommendation filed in this case is adopted in part; and

2. additional arguments and/or de novo evidentiary proceedings shall be scheduled in accordance with the accompanying memorandum opinion.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 21st day of October, 2010.

_____
Chief United States District Judge